AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JUDGMENT IN A CIVIL CASE

MUKESHBHAI LALLUBHAI PATEL,

Petitioner.

v.

CASE NUMBER: 5:25-cv-178

WARDEN, FOLKSTON ICE
PROCESSING CENTER, et al.,

Respondents.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, in accordance with the Order dated March 3, 2026, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Respondent's motion to dismiss, as supplemented, is granted, and Petitioner's consolidated cause of action is denied as moot. Furthermore, Petitioner is denied leave to proceed in forma pauperis on appeal. This case stands closed.

Approved by: _____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

March 3, 2026
Date

John E. Triplett, Clerk of Court
Clerk

Jamie Hodge
(By) Deputy Clerk

GAS Rev 10/2020